**FAIRFIELD COUNTY, JANUARY TERM, A. D. 1793.**

HILLYARD v. NICHOLS.

Depositions taken within twenty miles of the defendant's known attorneys without citing either, not admitted.

An action upon a statute to recover a penalty, is within the law enabling the court to return the jury to a second and third consideration.

ACTION upon the statute, to recover the penalty of £200 for exporting two negro children out of the state, who were entitled to their freedom at the age of twenty-five years. Plea — Not guilty. Issue to the jury.

The plaintiff offered certain depositions taken at Newtown, within twenty miles of Messrs. Benedict and Edmund, known attorneys to the defendant, who was then out of this state, without citing either. Upon being objected to, were rejected by the court. See the Town of Dillingworth v. Town of Goshen, Middlesex county, December Term, A. D. 1792. The jury found a verdict for the defendant.

By the COURT. This is an action to recover the penalty incurred by the breach of a public statute, given to the plaintiff, in which all the forms of proceeding are as in civil actions, and the court hath the same power to return the jury to a second and third consideration, as in any action whatever.

HALL v. ———— —.

A note expressed to be for £55 lawful money payable in one shilling orders at their value in A. D. 1785, is a note for £55 lawful money, payable in said orders at their value in 1785.

ACTION upon a note, dated the 29th of October 1787, for £55 lawful money, to be paid in one shilling orders, at their value in May, A. D. 1785. The case was defaulted, and heard in damages.

The question made in this case was — Whether this note was for £55 lawful money, payable in one shilling orders, at their value in May 1785; or for £55 in one shilling orders at their value in A. D. 1785.

By the COURT. The note is for £55 lawful money, payable in one shilling orders at their value in A. D. 1785, and gave judgment accordingly for the £55, without regard to said one shilling orders, as none had been paid or tendered.